OPINION — AG — A PERSON CANNOT SERVE AS A COURT BAILIFF AND A MEMBER OF THE COUNTY EXCISE BOARD AT THE SAME TIME (DUAL OFFICE HOLDING). IT IS NOTED THAT WE DO NOT HEREIN DETERMINE WITHIN WHICH OF THE THREE CATEGORIES THE COURT BAILIFF COMES SINCE SUCH A DETERMINATION IS UNNECESSARY IN ANSWERING YOUR QUESTION. CITE: 19 O.S. 1967 Supp., 551 [19-551], 68 O.S. 1967 Supp., 2457 [68-2457] (DALE CROWDER)